IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **CARLSON, INC.,** | Case No. 0:10-cv-03410 (JNE/JJG) |
| **Plaintiff,** | |
| vs. | |
| **INTERNATIONAL BUSINESS MACHINES CORPORATION,** | |
| **Defendant.** | |

## INTERNATIONAL BUSINESS MACHINES CORPORATION'S MOTION TO DISMISS THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant International Business Machines Corporation moves this Court for an Order dismissing Plaintiff's Complaint in its entirety and with prejudice. This Motion is based upon the accompanying Memorandum of Law in support of the Motion, as well as the files, records and proceedings herein.

DATED: September 7, 2010

s/ Alyssa L. Rebensdorf
Jerry W. Blackwell, Minn. Bar 186867
Alyssa L. Rebensdorf, Minn. Bar 296478
BLACKWELL BURKE P.A
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415

Steven D. McCormick, P.C. (pro hac vice)
Anne McClain Sidrys, P.C. (pro hac vice)
Christa C. Cottrell (pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

*Attorneys for Defendant International Business Machines Corp.*