**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Carlson, Inc.,                                                        Civil No. 0:10-CV-03410-JNE-JJG

        Plaintiff,

   v.

International Business Machines
Corporation,

        Defendant.

---

**PLACEHOLDER FOR PLAINTIFF CARLSON, INC.'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

This document is a placeholder for the following item which was filed in conventional or physical form with the Clerk's Office:

> **Plaintiff Carlson, Inc.'s Memorandum of Law in Opposition to Defendant's Motion to Dismiss [FILED UNDER SEAL].**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

____ Voluminous Document* (Document number of order granting leave to file conventionally: ____)

____ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

____ Physical object (description):

____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

**X**  Item Under Seal pursuant to a court order* (Document number of order: <u>21</u>)

81767827.1

- 2 -

\_\_\_\_   Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
(Document number of redacted version \_\_\_\_\_)

\_\_\_\_   Other (description):

Dated: October 14, 2010                ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


By: /s/ Martin R. Lueck
    Martin R. Lueck (MN# 155548)
    David W. Beehler (MN# 190792)
    Christopher A. Seidl (MN# 313439)

    2800 LaSalle Plaza
    800 La Salle Avenue
    Minneapolis, MN 55402
    Telephone: (612) 349-8500
    Facsimile: (612) 339-4181

Attorneys for Carlson, Inc.

81767827.1