# EXHIBIT 8

# Finance and administration outsourcing

In the on demand enterprise, business units do real-time planning and forecasting via continuous financial reporting; what-if simulations around financial and operational metrics are available when needed; costs are variable and reduced through efficient global transaction processing; processes and systems are integrated across the enterprise; and the company's CFO and other finance executives have more time to set and monitor strategy and policy.

Business Transformation Outsourcing (BTO) services can make the on demand enterprise happen for you by implementing solutions that unlock business value and helping you develop the attributes of an on demand business:

- Responsive: Process is being seamlessly embedded into technology, enabling rapid sense-and-respond capabilities across the value chain.
- Variable: Technology advances are allowing finance to become a virtual organization
- Focused: Managing information effectively is becoming finance?s core competency
- Resilient: Finance strengthens its fiduciary role in managing risk and opportunity.

Particularly in the key areas of finance and administration, the value of consulting and outsourcing is about more than simple cost savings. It's about long-term relationships and real risk-sharing with your service provider.

**Nous vous aidons**


Vous souhaitez une réponse, c'est très simple.

 Envoyez-nous un mail

ou appelez-nous au
**0810 011 810**

### Finance and administration offerings

**Finance transformation:**
- Finance strategy and vision
- Finance diagnostic
- Profit improvement.

**Finance analytics:**
- Data warehouse design and implementation
- Planning, forecasting and budgeting
- Analytic applications and ERP.

**Finance applications and infrastructure:**
- SAP, Oracle and PeopleSoft financials architecture, design, selection, implementation and integration
- Specialty processes (e.g., cash management, general accounting)
- Transaction processes (e.g., AP/AR/FA)
- Infrastructure and hosting.

**Finance specialty services:**
- Actuarial
- Package selection
- New offerings.

The potential benefits of outsourcing your finance and administration functions to our BTO services include savings from utility-like finance and administration costs, more dynamic and responsive systems, and the risk reduction that comes with technical and process improvements.