# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Carlson, Inc., | **COURT MINUTES** |
| Plaintiff, | BEFORE: Joan N. Ericksen |
| | U.S. Judge |
| v. | |
| | Case No:  10cv3410  (JNE/JJG) |
| International Business Machines Corporation, | Date:  December 16, 2010 |
| | Deputy:  Sheri L. Frette |
| | Court Reporter:  Maria Weinbeck |
| Defendant. | Time Commenced:  11:01 a.m. |
| | Time Concluded:  11:12 a.m. |
| | Time in Court:  0 Hours & 11 Minutes |

Hearing on:  **Motion to Dismiss [#12] - Plaintiff is given 30 days to file an amended complaint**

APPEARANCES:

   Plaintiff:     Martin R. Lueck/Christopher A. Seidl
   Defendant:   Anne M. Sidrys/Jerry W. Blackwell/Russell King

PROCEEDINGS:

   ☐ Plaintiff's Witnesses:
   ☐ Plaintiff' Exhibits:
   ☐ Defendant's Witnesses:
   ☐ Defendant's Exhibits:

**IT IS ORDERED:

   ☐ **Submitted**         ☐ **Sustained**         ☐ **Overruled**
   ☐ Brief time set:
   ☐ Written order forthcoming.

                                                                        s/Sheri L. Frette
                                                                        Calendar Clerk