# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| CARLSON, INC.,<br><br>　　Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　Defendant/Counterclaimant. | Case No. 10-3410 (JNE/TNL)<br><br>**ORDER** |

　　Amy E. Slusser, Christopher A. Seidl, David W. Beehler, Martin R. Lueck & Sara A. Poulos, **ROBINS KAPLAN MILLER & CIRESI LLP**, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402-2015, for Plaintiff/Counterclaim Defendant;

　　Benjamin W. Hulse, Alyssa L. Rebensdorf & Jerry W. Blackwell, **BLACKWELL BURKE PA**, 431 South Seventh Street, Suite 2500, Minneapolis, MN 55415; Anne M. Sidrys (pro hac vice), Christa C. Cottrell (pro hac vice), Russell King (pro hac vice), Scott Lerner (pro hac vice) & Steven D. McCormick (pro hac vice), **KIRKLAND & ELLIS LLP**, 300 North LaSalle, Chicago, IL 60654, for Defendant/Counterclaimant.

　　The Court is in receipt of cross letters from counsel. Based upon these submissions, **IT IS HEREBY ORDERED** that:

　　1. The Court's Order (Docket No. 136) is **STAYED** until Tuesday, December 27, 2011, at 11:00 a.m.

2. Counsel for the parties shall make themselves available for a telephone conference with Court at 11:00 a.m. on Tuesday, December 27, 2011. The parties shall coordinate and initiate the telephone conference.

3. Counsel shall meet and confer prior to the telephone conference with the Court and make a good faith effort to resolve the issues in the parties' letters.

Dated: December _23__, 2011               s/ Tony N. Leung
                                          Tony N. Leung
                                          United States Magistrate Judge