# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE

| | |
|---|---|
| | CIVIL NO. 10-3410 (JNE/TNL) |
| CARLSON, INC. | **MINUTES** |
| PLAINTIFF/ COUNTERCLAIM DEFENDANT, | DATE: DECEMBER 27, 2011 |
| | TIME COMMENCED: 11:00 A.M |
| V. | TIME CONCLUDED: 11:20 A.M. |
| | TOTAL TIME  20 MINUTES |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| DEFENDANT/COUNTERCLAIMANT. | |

A Telephone Conference was held before Tony N. Leung, United States Magistrate Judge, at St. Paul, Minnesota. The Court instructed the parties as follows: Counsel may wish to read the Honorable Bruce S. Jenkins's remarks, entitled *Professionalism and Civility*, available at *http://webster.utahbar.org/barjournal/2011/03/ professionalism_and_civility.html*; the parties shall engage in a good faith meet and confer process on the discovery process moving forward; and the parties shall submit a Stipulation and Proposed Order addressing ongoing discovery.

                                                                       s/ LJN
                                                                      Law Clerk